UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 17-cv-05169-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 7, 10 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding medical care that occurred at Folsom State Prison and the Substance Abuse Treatment Facility. Both of these facilities are located in within the venue of the United States District Court for the Eastern District of California. The defendants also reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis (Docket Nos. 7, 10) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 7, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO GONZALEZ,

    Plaintiff,

v.

SCOTT KERNAN, et al.,

    Defendants.

Case No. 17-cv-05169-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alejandro Gonzalez ID: C-47744
Folsom State Prison
PO Box 950
Folsom, CA 95763

Dated: November 7, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2